IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL NO. 05-00479DAE-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| LOCKHEED MARTIN, etc., | ) ) | |
| Defendant. | ) ) | |
| _____ | | |
| CHARLES DANIELS, | ) ) | CIVIL NO. 05-00496DAE-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| LOCKHEED MARTIN, etc., | ) ) | |
| Defendant. | ) ) ) | |
| _____ | | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on November 30, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff-Intervenor's Motion for Sanctions Pursuant to Rule 11," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 18, 2007.



_____
David Alan Ezra
United States District Judge

Equal Employment Opportunity Commission, Civil No. 05-00479 DAE-LEK; Charles Daniels vs. Lockheed Martin, Etc., Civil No. 05-00496 DAE-LEK; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF-INTERVENOR'S MOTION FOR SANCTIONS PURSUANT TO RULE 11